FILED

APR 8 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re ) Case No. 09-27410-E-13L
) Docket Control No. REY-4
KEVIN SMEDES, )
)
          Debtor(s). )
_____ )

**FINDINGS OF FACT
AND
CONCLUSIONS OF LAW**

The court makes the following Findings of Fact and Conclusions of Law in support of the order approving the Debtor's Motion for Refinancing Personal Vehicles.

**Findings of Fact**

1. The Debtor has filed a Motion to Authorize the Debtor obtaining post-petition creditor for purchasing a personal vehicle.

2. The Motion does not state the terms of the proposed post-petition financing.

3. The Motion has been countersigned by the Chapter 13 Trustee, approving the terms of the proposed post-petition financing.

4. The Motion is filed pursuant to Paragraph 10 of General Order No. 05-03.

5. The Declaration of the Debtor states the terms of post-petition financing for which approval of the court is sought.

6. The terms of the proposed post-petition financing are:

    a. The amount to be financed is $17,408.41.

    b. The monthly payment is $286.38.

    c. The term for the financing is six (6) years.

7. The Debtor's previous lease payment were $303.00 a month.

8. The Debtor testifies that he is able to make the payments for the vehicle and continue to make the payments due under the confirmed Chapter 13 Plan.

9. The court finds that the proposed financing is proper, will not impose a burden on the Debtor which impairs his ability to make the payments required under the Plan, and that such financing is in the best interests of the Estate and the Debtor.

### Conclusions of Law

10. The Motion fails to state the terms of the post-petition financing and the relief sought from the court.

11. The court may, in appropriate circumstances, view the Motion as supplemented by information in other pleadings filed in support of the Motion. The court shall do so for the Motion now before the court.

12. The court finds that the proposed financing is proper under applicable under General Order 05-03 and the confirmed Plan in this case.

13. The court shall enter an order approving the post-petition financing.

**Order Granting Motion for Post-Petition Financing**

The court having reviewed the *Ex Parte* Motion to Approve Purchase of Personal Vehicle and to Approve Financing filed by the Debtor, the consent of the Chapter 13 Trustee having been filed, and good cause appearing,

**IT IS ORDERED** that the Debtor is authorized to incur post-petition secured debt for the purpose of purchasing a personal vehicle on the following terms:

1. Amount of Post-petition Financing: $17,408.41
2. Monthly Payments: $286.38
3. Term of Loan: 72 months or less
4. Other terms as reasonable and customary for financing provided by consumer lender for automobile loan by Bank of the West, the proposed lender.

Dated: April 8, 2010

RONALD H. SARGIS, Judge
United States Bankruptcy Court